FILED

02/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0130

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 21-0130

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

STEPHEN DEAN PRUITT,

      Defendant and Appellant.

_____

## ORDER

_____

Upon consideration of Appellant's Motion for Extension of Time, and good cause appearing;

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including March 6, 2022, to prepare, file, and serve Appellant's Opening Brief.

Signed and dated as indicated below.

ORDER - 1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 2 2022